UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| BCS CALLPROCESSING, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-CV-10849-NMG |
| ) | |
| SUSTAINABLE AQUATIC FOOD EXPORTS, ) | |
| LLC, YVONNE M. KELLER, as Manager, and ) | |
| FREDERICK HUNDERTMARK, as Manager ) | |
|     Defendants. ) | |
| _____ ) | |

## <u>REQUEST FOR DEFAULT PURSUANT TO RULE 55(a)</u>

    I, Jenifer M. Pinkham, Esq., attorney for the above-named Plaintiff, BCS CallProcessing, Inc., hereby state that an Amended Complaint in this action was filed on April 25, 2025, and said Amended Complaint was served upon the Defendants, Sustainable Aquatic Food Exports, LLC and Frederick Hundertmark on May 27, 2025, and upon Defendant Yvonne M. Keller on June 2, 2025.

    The deadline for filing an Answer or other responsive pleading has since passed. None of the Defendants have appeared, pleaded, or otherwise defended within the time allowed, and therefore, are now in default.

    Therefore, I respectfully request that the clerk of this Court enter a default against the Defendants, Sustainable Aquatic Food Exports, LLC, Frederick Hundertmark, and Yvonne M. Keller.

Signed under the pains and penalties of perjury.

<div style="margin-left:50%">

Respectfully submitted,
BCS CallProcessing, Inc.,
By its attorney,


/s/ Jenifer M. Pinkham
Jenifer M. Pinkham (BBO No. 658031)
PHIFER PINKHAM, LLC
1900 Crown Colony Drive, Suite 309
Quincy, MA 02169
(617) 409-7409
jpinkham@phiferpinkham.com

</div>

Date: August 1, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BCS CALLPROCESSING, INC., <br>     Plaintiff, <br><br> v. <br><br> SUSTAINABLE AQUATIC FOOD EXPORTS, <br> LLC, YVONNE M. KELLER, as Manager, and <br> FREDERICK HUNDERTMARK, as Manager <br>     Defendants. | Civil Action No. 1:25-CV-10849-NMG |

## CERTIFICATE OF SERVICE

I, Jenifer M. Pinkham, hereby certify that on August 1, 2025, I provided true copies of the above Request for Default to Defendants Sustainable Aquatic Food Exports, LLC, Frederick Hundertmark, and Yvonne M. Keller via US Mail, as set forth below:

*Sustainable Aquatic Food Exports, LLC*
*9126 S. US Highway 1, #37*
*Port St. Lucie, FL 34952*

*Frederick Hundertmark*
*9126 S. US Highway 1, #37*
*Port St. Lucie, FL 34952*

*Yvonne M. Keller*
*510 Joanne Lane*
*Port St. Lucie, FL 34952*

/s/ Jenifer M. Pinkham
Jenifer M. Pinkham, Esq.