UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 25-10849-NMG

BCS Callprocessing, Inc.

v.

Sustainable Aquatic Food Experts, LLC

NOTICE OF DEFAULT

Upon application of the Plaintiff, BCS Callprocessing, Inc, for an order of Default for failure of the Defendants, Sustainable Aquatic Food Exports, LLC, Frederick Hundertmark, and Yvonne M. Keller , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on August 4, 2025.

Rob Farrell
Clerk

By: /s/ Christine Lima
Deputy Clerk